NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFFREY A. KNOLL,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7057

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4422, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Jeffrey A. Knoll moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

MAR 0 9 2012
_____                    /s/ Jan Horbaly
      Date                           Jan Horbaly
                                     Clerk

cc:  Peter J. Meadows, Esq.
     Nelson R. Richards, Esq.

s21

Issued As A Mandate:    MAR 0 9 2012


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK